**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Margaret MANUEL, Defendant–Appellant.**

No. 08–10611

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 7, 2008.

Margaret Manuel, Tallahassee, FL, pro se.

---

**3.** Appellant's request for oral argument is denied.

Charles H. Brown, Brown Rountree P.C., Statesboro, GA, for Defendant–Appellant.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before MARCUS, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Charles H. Brown, appointed counsel for Margaret Manuel, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Manuel's conviction and sentence are **AFFIRMED.**